UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEXANDER ESTEVAO,<br><br>Defendant | Criminal No. 20mJ 10011<br><br>Violations:<br><br>Count One: Engaging in the Business of Dealing in Firearms Without a License (18 U.S.C. § 922(a)(1)(A))<br><br>Count Two: Possession of Unregistered Firearms (26 U.S.C. § 5861(d))<br><br>Firearm Forfeiture Allegation: (26 U.S.C. § 5872; 28 U.S.C. § 2461(c)) |

## INDICTMENT

## COUNT ONE
Engaging in the Business of Dealing in Firearms Without a License
(18 U.S.C. § 922(a)(1)(A))

The Grand Jury charges:

Between in or about July 2019 and on or about October 11, 2019, in Mashpee, Wareham, and elsewhere in the District of Massachusetts, the defendant,

ALEXANDER ESTEVAO,

not being a licensed manufacturer or licensed dealer, did engage in the business of manufacturing and dealing in firearms, that is, a Colt, MKIV Series 70 Gold Cup National Match .45 caliber semi-automatic pistol bearing serial number 70N18382, and two destructive devices commonly known as "pipe bombs."

All in violation of Title 18, United States Code, Section 922(a)(1)(A).

1

## COUNT TWO
Possession of Unregistered Firearms
(26 U.S.C. § 5861(d))

The Grand Jury further charges:

Between on or about October 10, 2019 and on or about October 11, 2019, in Wareham, in the District of Massachusetts, the defendant,

ALEXANDER ESTEVAO,

did knowingly possess firearms which were not registered to him in the National Firearms Registration and Transfer Record, that is, two destructive devices commonly known as "pipe bombs."

All in violation of Title 26, United States Code, Section 5861(d).

## FIREARM FORFEITURE ALLEGATION
(26 U.S.C. § 5872 and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1. Upon conviction of the offense in violation of Title 26, United States Code, Section 5861(d), set forth in Count Two, the defendant,

ALEXANDER ESTEVAO,

shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in the offense. The property to be forfeited includes, but is not limited to, the following:

    a. two destructive devices commonly known as "pipe bombs."

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461.

A TRUE BILL

_____
FOREPERSON

_____
ROBERT E. RICHARDSON
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: JANUARY 16, 2020
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK
HAROLD C. PUTNAM
1/16/2020 @ 12:23pm